# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPERADORA MARITIMA DE GRANELES, S.A., | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 12-4848 |
| GAMESA WIND US, LLC t/b/a TOWERS AND METALLIC STRUCTURES, INC., and M.S. REED, INC., | : : : : | |
| Defendant, | : : | |
| and | : : | |
| M.S. REED INDUSTRIAL SERVICES, INC., | : : | |
| Defendant/Third-Party Plaintiff, | : : : | |
| v. | : : | |
| NORTH IBERIAN CONTROL S.L., | : | |
| Third-Party Defendant. | : | |

## **ORDER**

**AND NOW**, this __19th_ day of December, 2013, it is **ORDERED** that Third-Party Defendant North Iberian Control S.L.'s Motion to Dismiss the Third-Party Complaint of M.S. Reed Industrial Services, Inc. (ECF No. 32) is **DENIED**.

                           s/Anita B. Brody

                           _____
                           ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: