## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERADORA MARITIMA DE GRANELES, S.A., <br>       Plaintiff, <br><br> v. <br><br> GAMESA WIND US, LLC t/b/a TOWERS AND METALLIC STRUCTURES, INC., and M.S. REED, INC., <br>       Defendant, <br><br> and <br><br> M.S. REED INDUSTRIAL SERVICES, INC., <br>       Defendant/Third-Party Plaintiff, <br><br> v. <br><br> NORTH IBERIAN CONTROL S.L., <br>       Third-Party Defendant. | CIVIL ACTION <br> NO. 12-4848 |

## ORDER

**AND NOW**, this __19th__ day of December, 2013, it is **ORDERED** that Third-Party Defendant North Iberian Control S.L.'s Motion to Dismiss the Third-Party Complaint of M.S. Reed Industrial Services, Inc. (ECF No. 32) is **DENIED**.

                                                              s/Anita B. Brody

                                             _____
                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: